390 A.2d 304

Dexter Press, Appellant, v. Two Twenty-Two Corporation.

Argued March 20, 1978. L. Thompson, with him Geisenberger, Zimmerman, Pfanne-

becker & Gibel, for appellant; Michael D. Bull, with him Blakinger, Grove & Chillas, for appellee.

Order affirmed.